**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DEMOND BARNES,**<br>**Defendant.** | **Case No. 26-CR-137 (JMC)** |

**MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AGAINST**
**DEFENDANT DEMOND BARNES**

The United States respectfully files this Motion to Dismiss Indictment Without Prejudice Against the Defendant Demond Barnes (hereinafter "Defendant Barnes"). The Government seeks leave from the Court to dismiss the criminal indictment without prejudice filed against Defendant Barnes, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Government has determined that dismissal of this matter is in the interests of justice. The Government has spoken with counsel for Defendant Barnes, who has confirmed that he has no objection.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/ *Alexander B. Cook*

ALEXANDER B. COOK
Assistant United States Attorney
F.L. Bar No. 1026428
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-714-6516

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DEMOND BARNES,**<br>**Defendant.** | **Case No. 26-CR-137 (JMC)** |

**[Proposed] ORDER**

Upon consideration of the Government's Motion to Dismiss Indictment Without Prejudice Against Defendant Demond Barnes ("Government's motion"), it is hereby ORDERED that the Government's motion is GRANTED and the indictment against Defendant Demond Barnes shall be DISMISSED without prejudice.

**SO ORDERED** this _____ day of __________, 2026.

______________________________________
THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE